UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASHMATULLAH RAHMATI,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | No.  2:23–cv–00254–MCE-CKD<br><br>ORDER |

Pending before the court is plaintiff's motion to compel.  (ECF No. 14.)  The motion is currently set for hearing on September 6, 2023 before the undersigned.[1]  Defendant has filed a motion for relief due to mistake, asserting that the discovery deadlines were "unintentionally missed" and that "[d]iscovery responses have been served."  (ECF No. 21.)  Plaintiff has filed a reply in support of the motion to compel.  (ECF No. 22.)

Local Rule 251(b) establishes requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties meet and confer and file a joint discovery statement.  As plaintiff notes in his motion, "Local Rule 251(e) provides that the requirement for a Joint Statement re: Discovery Disagreement shall not apply when there has been a complete and total failure to respond to a discovery request or

---

[1] This discovery matter proceeds before the undersigned under 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Local Rule 302(c)(1).

1

order." (ECF No. 14 at 6.) When plaintiff filed the motion to compel, no joint discovery statement was required under Local Rule 251(e). However, now that defendant has responded to discovery requests, albeit belatedly, a joint discovery statement is required to set forth the basis of any remaining dispute.

Under these circumstances, the court will deny plaintiff's motion to compel without prejudice to refiling in accordance with Local Rule 251. Since there is nothing for defendant to be "relieved" from at present, the court will also deny defendant's motion for relief as moot.

For the reasons state above, IT IS ORDERED that:

1. Plaintiff's motion to compel (ECF No. 14) is denied without prejudice to renewal;
2. The September 6, 2023 hearing on the motion to compel is VACATED; and
3. Defendant's motion for relief (ECF No. 21) is denied as moot.

Dated: August 29, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/rahmati245.discovery order