**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASHMATULLAH RAHMATI, an individual,<br><br>                        Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and Does 1 through 10, inclusive,<br><br>                        Defendant. | Case No. 2:23-CV-00254-CKD<br><br>Judge:      Hon. Morrison Cal. England<br>Mag. Judge: Hon. Carolyn K. Delaney<br><br>**ORDER ON DEFENDANT BMW OF NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION TO AMEND INITIAL PRETRIAL SCHEDULING ORDER AND TO REOPEN DISCOVERY**<br><br>Date: June 13, 2024<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Discovery Cut-Off:      March 5, 2024<br>Trial Date:                Not Set |

**ORDER**

Presently before the Court is an unopposed Motion of BMW of North America, LLC ("BMW") to Amend the Initial Pretrial Scheduling Ordere and to Reopen Discovery. ECF No. 40. Given that no opposition has been lodged, that Motion is GRANTED.

///

Accordingly, the deadline for the completion of non-expert discovery is hereby CONTINUED to August 15, 2024.

IT IS SO ORDERED.

Dated: June 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE